**FILED**
**February 24, 2011**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003303730

**2**

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 11-21275-E-13L |
| | ) | DCN: NLE-2 |
| | ) | |
| JAMES RUSSELL CROOK, | ) | TRUSTEE'S OBJECTION TO |
| BARBARA ANN CROOK, | ) | CONFIRMATION |
| | ) | |
| | ) | DATE:        MARCH 29, 2011 |
| | ) | TIME:        1:30 P.M. |
| | ) | JUDGE:      SARGIS |
| Debtor(s) | ) | COURTROOM:   33 |

LAWRENCE J. LOHEIT, TRUSTEE, objects to confirmation of the Debtor(s) plan and does not recommend its confirmation.

The Trustee objects to confirmation as:

**The Debtor's failed to appear and be examined at the First Meeting of Creditors held on 2/17/11. The Debtor is required to attend the meeting under 11 U.S.C. §343, and the Debtor has not presented any evidence to the Court as to why they failed to appear. The Meeting was continued to March 17, 2011 at 1:30 p.m.**

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan, and an order dismissing the case if a new plan is not filed within a reasonable time.

Dated:    FEBRUARY 24, 2011

_____/s/  Neil Enmark_____
NEIL ENMARK, Attorney for Trustee