FILED
March 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003318217

2 pgs.
SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Susan J. Dodds - State Bar No. 265057
1214 F Street
Sacramento, California  95814
Telephone:  (916) 492-9010
Facsimile:  (916) 492-9022

Attorneys for: Debtors   JAMES CROOK and BARBARA CROOK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.   11-21275-E-13L |
| JAMES CROOK and BARBARA CROOK, | DCN:   NLE-02 |
| | Date:   March 29, 2011 |
| | Time:   1:30 p.m. |
| Debtors. | Ctrm:   33 |
| _____/ | Judge:   Sargis |

**RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**

Debtors, JAMES RUSSELL CROOK and BARBARA ANN CROOK, hereby submit the following response to the Trustee's objection to confirmation.

1. The Trustee objects to confirmation of the Debtors plan on the basis that the Debtors failed to appear at the first meeting on creditors held on February 17, 2011. The matter was continued to March 17, 2011 at 1:30 pm. The Debtor's had unintentionally mis-calendared the initial court date. The Debtors will appear at the continued hearing.

WHEREFORE, the Debtors ask the Court to deny the Trustee's objection to

1

1 confirmation.

Respectfully submitted,                    SCOTT A. COBEN & ASSOCIATES

DATE: March 1, 2011          BY:    /s/ Susan J. Dodds
                                    SCOTT A. COBEN
                                    SUSAN J. DODDS
                                    Attorney for Debtors
                                    James & Barbara Crook