```
4 pgs.
```

SCOTT A. COBEN AND ASSOCIATES
Scott A. CoBen - State Bar No. 155160
Susan J. Dodds - State Bar No. 265057
1214 F Street
Sacramento, California 95814
Telephone: (916) 492-9010
Facsimile: (916) 492-9022

Attorneys for Debtors   JAMES CROOK and BARBARA CROOK

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.   11-21275-E-13C |
| JAMES CROOK and BARBARA CROOK, | DCN:   SAC-01 |
| | DATE:   September 25, 2012 |
| | TIME:   3:00 p.m. |
| Debtors. | CTRM:   33 |
| _____/ | JUDGE:   Sargis |

**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

Debtors hereby move the Court for an Order Confirming Chapter 13 Plan as follows:

**1. PLAN PAYMENTS SHALL BE AS FOLLOWS:**

As of August 25, 2012 the Debtors shall have paid into the plan $6,841.00. Beginning September 25, 2012 the plan payment shall be $528.00 for the remaining 40 months of the plan. (see attached plan)

**2. THE UNSECURED CREDITORS SHALL BE PAID NO LESS THAN 0.0 PERCENT OF THEIR FILED CLAIMS.**

1

**3. GOOD FAITH: PETITION AND PLAN**

The Debtors have filed the petition in good faith in and effort to resolve their debt problems. The Debtors have proposed this First Modified Chapter 13 Plan in good faith. The Debtors believe that the proposed First Modified Chapter 13 Plan is in the best interest of all concerned. Further, the Debtors believe that the terms of the plan are not forbidden by any provision of law.

**4. FEES**

The Debtors have paid all fees or charges required by the court.

**5. FEASIBLE**

Having reviewed the First Modified Chapter 13 Plan, including the "Plan Payment and Term" (which outlines both the monthly payments to the Chapter 13 trustee and the period of time that we will make those payments), as well as the applicable "additional provisions", if any, the Debtors believe that they will be able to make and are willing to make these payments to the Chapter 13 trustee.

**6. DISPOSABLE INCOME**

The Debtors' projected disposable income has been devoted to the plan.

**7. DOMESTIC SUPPORT OBLIGATIONS**

All domestic support obligations are current.

**8. TAX RETURNS**

The Debtors have filed all federal, state, and local tax returns required of them for the four years prior to the petition date.

**9. BUDGET EXHIBIT**

Attached hereto as Exhibit A is a true and correct reflection of the Debtors' change in income and expenses.

**10. CONFIRMATION**

The Debtors ask that the Court confirm this First Modified Chapter 13 plan.

**11. STATUS**

The Debtors' first plan was filed with their petition and was confirmed on or about August 4, 2011. The confirmed plan provides for a monthly payment of $380.00 with a disbursement of 0% to the unsecured creditors..

**12. MODIFIED PLAN**

The Debtors' are filing this modified plan to provide for the priority claim of the Internal Revenue Service. They are buying items on sale to reduce our food and clothing expenses, and have cut back on any home maintenance to allow them to make the plan payment. The Debtors' are filing this modified plan because they are trying to save their home while still paying a portion to their creditors.

**13. UNSECURED CREDITORS**

The Debtors' listed all of their Real Estate on Schedule A and all of their other assets on Schedule B. They exempted the equity in all of the assets, to the extent possible, on schedule C. The value of the equity in their assets on Schedules A and B totals $9,600.00. The value of the claimed exceptions totals $9,603.00. Unsecured claims listed on Schedule F total $28,384.00.

The Debtors' are proposing a plan that provides that the unsecured creditors will receive at last what they would receive in the event of a Chapter 7 liquidation. In the confirmed plan the unsecured creditors are to receive no less than 0.00%. The modified plan provides for the unsecured creditors to receive no less than 0.00%.

**14. SECURED CREDITORS**

The Debtors' have four secured creditors related to their assets.

The first secured creditor is Chase which is secured against the property located at 930 Goldenwood Glen, Placerville, California. This creditor is provided for as a Class 2 claim to be modified by the plan. The treatment of this creditor is not changing in the modified plan.

The second secured creditor is Chase which is secured against the property located at 6700 La Siesta Drive, Orangevale, California. This creditor is provided for as a Class 3 claim to be surrendered in the plan. The treatment of this creditor is not changing in the modified plan.

The third secured creditor is Chase which is secured against the property located at 6700 La Siesta Drive, Orangevale, California. This creditor is provided for as a Class 3 claim to be surrendered in the plan. The treatment of this creditor is not changing in the modified plan.

The fourth secured creditor is Chase which is secured against the property located at 930 Goldenwood Glen, Placerville, California. This creditor is provided for as a Class 4 claim to be paid directly by the Debtors. The treatment of this creditor is not changing in the modified plan.

Respectfully Submitted,

DATED: August 8, 2012                    SCOTT A. COBEN & ASSOCIATES

                          BY:   /s/ Susan J. Dodds
                                  SCOTT A. COBEN
                                  SUSAN J. DODDS
                                  Attorneys for Debtors
                                  James and Barbara Crook

4